# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAMBRIDGE HOMEOWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,
Appellant,

vs.

APPLETON PROPERTIES, LLC, A LIMITED LIABILITY COMPANY,
Respondent.

No. 78478

**FILED**

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order, certified as final under NRCP 54(b), rendering judgment in an action relating to real property. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court previously directed appellant to show cause, by September 23, 2019, why this appeal should not be dismissed for lack of jurisdiction because it appeared that the notice of appeal was untimely filed.[1] Appellant failed to file a response or otherwise communicate with this court. Accordingly, on October 15, 2019, this court entered an order directing appellant to file a response by October 29, 2019.[2] This court cautioned that failure to respond or demonstrate that this court has jurisdiction could result in the dismissal of this appeal. To date, appellant has failed to file a response or otherwise communicate with this court.

---

[1]A copy of this order is attached.

[2]A copy of this order is attached.

19-49863

Under these circumstances, appellant fails to demonstrate that this court has jurisdiction.  It also appears that appellant has abandoned this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Cadish_____, J.
Cadish

cc:     Hon. Jerry A. Wiese, District Judge
        Ara H. Shirinian, Settlement Judge
        Robbins Law Firm
        Adams Law Group
        Brown Brown & Premsrirut
        Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAMBRIDGE HOMEOWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,
Appellant,

vs.

APPLETON PROPERTIES, LLC, A LIMITED LIABILITY COMPANY,
Respondent.

No. 78478

FILED

AUG 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER TO SHOW CAUSE

This is an appeal from a district court order rendering judgment in an action relating to real property. Initial review of the docketing statement and documents before this court reveals a potential jurisdictional defect. It appears the notice of appeal may have been untimely filed.

Appellant asserts the notice of appeal was timely filed after the district court's January 23, 2019, order was certified as final under NRCP 54(b) on February 28, 2019. However, it appears from the district court docket sheet that the January 23, 2019, order was first certified as final on February 8, 2019. The February 8 and February 28 orders appear identical. It thus appears that the time to file the notice of appeal began to run upon service of notice of entry of the February 8, 2019, order. *See* NRAP 4(a)(1); *cf. Campos-Garcia v. Johnson*, 130 Nev. 610, 331 P.3d 890 (2014) (if a district court enters an appealable order, but goes on to enter a judgment regarding the same issue, the judgment is superfluous and cannot be appealed).

Notice of entry of the February 8, 2019, order appears to have been served on February 8, 2019. Accordingly, it appears that the notice of appeal was due to be filed in the district court by March 14, 2019. *See* NRAP

19-35166

4(a)(1). But the notice of appeal was not filed in the district court until March 28, 2019, after expiration of the appeal period.

Accordingly, appellant shall have 30 days from the date of this order to show cause why this appeal should not be dismissed for lack of jurisdiction. Respondent may file any reply within 14 days of service of appellant's response. Failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal.

The deadlines to file documents in this appeal are suspended pending further order of this court.

It is so ORDERED.

_Pickering_ , A.C.J.

cc: Robbins Law Firm
Adams Law Group
Brown Brown & Premsrirut

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAMBRIDGE HOMEOWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,
    Appellant,

vs.

APPLETON PROPERTIES, LLC, A LIMITED LIABILITY COMPANY,
    Respondent.

No. 78478

**FILED**

OCT 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
  DEPUTY CLERK

## *ORDER TO FILE RESPONSE*

On August 22, 2019, this court entered an order directing appellant to show cause, by September 23, 2019, why this appeal should not be dismissed for lack of jurisdiction. To date, appellant has failed to file a response or otherwise communicate with this court.

Appellant shall have 14 days from the date of this order to show cause why this appeal should not be dismissed for lack of jurisdiction. Respondent may file any reply within 14 days of service of appellant's response. Failure to respond to this order or to demonstrate that this court has jurisdiction may result in the dismissal of this appeal.

The deadlines to file documents in this appeal remain suspended pending further order of this court.

It is so ORDERED.

           _____, C.J.

cc: Robbins Law Firm
  Adams Law Group
  Brown Brown & Premsrirut

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42520